UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

Executive Air Taxi

      Plaintiff,

  v.                    Civil File No. 1:04-cv-56

City of Bismarck et al

      Defendant.

**CLERK'S MINUTES OF PROCEEDINGS Status Conf. via telephone**

| | |
|---|---|
| The Hon. Karen K. Klein | Date: Tuesday, Feb. 7, 2006 |
| Fargo, North Dakota | Time: 3:00pm |
| Court Reporter: kk | Recess: 5:50pm |
| | Law Clerk njm |
| | Clerk: jlo |

Appearances: Counsel of Record
conference held as to pending motions. Court will enter an Order.